**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21515-CMA**
cv-

BRAD THOMPSON,

Plaintiff,

v.

CARNIVAL CORPORATION

Defendant.
_______________________________________/

# NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney, W. Cooper Jarnagin, Esq., of the law firm GrayRobinson, P.A., hereby enters his appearance as counsel for Defendant, CARNIVAL CORPORATION, and requests that all papers and pleadings filed in this action be served on the undersigned.

Dated: May 16, 2024

Respectfully Submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: */s/ Cooper Jarnagin*
W. Cooper Jarnagin
Florida Bar No. 0117767
*cooper.jarnagin@gray-robinson.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/Cooper Jarnagin*_______________

**SERVICE LIST**

Karen Grossman, Esq.
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, FL 33134
Tel: (305) 373-3016
Fax: (305) 373-6204
kgrossman@lipcon.com