UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21515-CMA

BRAD THOMPSON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
______________________________/

**NOTICE OF APPEARANCE**

PLEASE NOTE the appearance of GRIFFIN W. SHER of the law firm of LIPCON, MARGULIES, & WINKLEMAN, P.A. as counsel for Plaintiff, , in the above-styled cause, and said law firm requests that any and all pleadings or other matters pertaining to this cause be directed to them on behalf of the Plaintiff.

Respectfully submitted,

LIPCON, MARGULIES,
& WINKLEMAN, P.A.
*Attorneys for Plaintiffs*
2800 Ponce De Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
E-mail: gsher@lipcon.com

By: /s/ *Griffin W. Sher*
**GRIFFIN W. SHER**
Florida Bar No. 1023219

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Griffin W. Sher*
**GRIFFIN W. SHER**
Florida Bar No. 1023219

**SERVICE LIST**
***Thompson v. Carnival Corporation***
Case no.: 1:24-cv-21515-CMA

| | |
|---|---|
| **CAROL L. FINKLEHOFFE**<br>Florida Bar No. 0015903<br>Email: cfinklehoffe@lipcon.com<br>**GRIFFIN W. SHER**<br>Florida Bar No. 1023219<br>gsher@lipcon.com<br>**LIPCON, MARGULIES, & WINKLEMAN, P.A.**<br>2800 Ponce de Leon Blvd, Suite 1480<br>Coral Gables, Florida 33134<br>Telephone: (305) 373-3016<br>Facsimile: (305) 373- 6204<br>*Attorneys for Plaintiff* | **Michael J. Drahos, Esq.**<br>Email: michael.drahos@gray-robinson.com<br>GrayRobinson, P.A.<br>515 North Flagler Drive, Ste. 650<br>West Palm Beach, Florida 33401<br>Tel: (561) 268-5727<br>Fax: (561) 268-5747<br>*Attorney for Defendant* |