UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21515-CMA

BRAD THOMPSON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_______________________________/

**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE**

Plaintiff, Brad Thompson by and through undersigned counsel, hereby requests this Court continue this matter and the pre-trial deadlines and in support thereof states:

1. This matter arises from a stroke suffered by Plaintiff aboard Defendants vessel and allegations that medical negligence by onboard medical staff worsened Plaintiff's medical outcome and interfered with his recovery.
2. This matter is currently set for trial for the two-week jury trial period beginning May 27, 2025, the expert disclosure deadline is December 23, 2024, and the close of the discovery period is January 21, 2025.
3. Plaintiff's counsel recently learned on October 31,2024, that the medical expert consulted on this case, Dr. Sami Yuksel passed away unexpectedly.
4. An expert is likely essential to this case and Plaintiff's case would be prejudiced without one.

5. Due to the suddenness of Dr. Yuksel's passing Plaintiff's counsel was not prepared for the impact on the case and requires time for search for and vet an appropriate replacement who will in turn require time to review medical records and draft a report.
6. A continuation of 90 days would allow Plaintiff time to seek an adequate replacement without rushing the selection or discovery process.
7. As such, Plaintiff respectfully requests the matter be continued and that all of the pretrial deadlines be extended by an ne hundred-twenty (120). days No party will be prejudiced by this relief. "[i]n general, district courts have 'broad discretion in deciding how best to manage the cases before them.' *See Textile USA, Inc. v. Diageo N. Am., Inc.*, 15-24309-CIV, 2016 WL 11317301, at *1 (S.D. Fla. June 8, 2016) (citing to *Moore v. Potter*, 141 F. App'x 803, 807 (11th Cir. 2005)).

**WHEREFORE**, based on the foregoing, the Plaintiff respectfully requests this Honorable Court stay the case for one hundred-twenty (120) days consistent with the instant motion.

**LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH**

Undersigned counsel hereby certifies that he has conferred with counsel for the Defendant concerning the relief sought herein, and the Defendant does not oppose the extension.

Respectfully submitted,

LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce de Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: /s/ *Griffin W. Sher*
GRIFFIN W. SHER
Florida Bar No. 1023219
Gsher@lipcon.com

CAROL L. FINKLEHOFFE
Florida Bar No.: 0015903
Cfinklehoffe@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
*Attorneys for Plaintiff*
2800 Ponce de Leon Blvd., Suite 1480
Coral Gables, FL 33134
Telephone: (305) 373-3016
Facsimile No.: (305) 373-6204

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: /s/ *Griffin W. Sher*
**GRIFFIN W. SHER**
Florida Bar No. 1023219

## SERVICE LIST

***Thompson v. Carnival Corporation***
Case no.: 1:24-cv-21515-CMA

| | |
|---|---|
| **CAROL L. FINKLEHOFFE**<br>Florida Bar No. 0015903<br>Email: cfinklehoffe@lipcon.com<br>**GRIFFIN W. SHER**<br>Florida Bar No. 1023219<br>gsher@lipcon.com<br>**LIPCON, MARGULIES, & WINKLEMAN, P.A.** | **Michael J. Drahos, Esq.**<br>Email: michael.drahos@gray-robinson.com<br>GrayRobinson, P.A.<br>515 North Flagler Drive, Ste. 650<br>West Palm Beach, Florida 33401<br>Tel: (561) 268-5727<br>Fax: (561) 268-5747<br>*Attorney for Defendant* |

| | |
|---|---|
| 2800 Ponce de Leon Blvd, Suite 1480<br>Coral Gables, Florida 33134<br>Telephone: (305) 373-3016<br>Facsimile: (305) 373- 6204<br>*Attorneys for Plaintiff* | |