UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21515-CMA

BRAD THOMPSON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_____________________________/

**ORDER ON PLAINTIFF'S *UNOPPOSED* MOTION FOR CONTINUANCE**

**THIS CAUSE** came before the Court on the Plaintiff's *Unopposed* Motion for a continuance. Having reviewed the file, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the motion be GRANTED. All pretrial deadlines noted in this courts scheduling order shall be extended by one hundred-twenty (120) days.

**DONE AND ORDERED** in chambers in Miami, Florida, on this _____ day of ___________________, 2024.

_________________________________
**Honorable Cecilia Altonaga**
United States District Judge

cc: All counsel of record