UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21515-CMA

BRAD THOMPSON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
______________________________/

**JOINT MOTION TO RESCHEDULE MEDIATION**

Plaintiff BRAD THOMPSON ("Plaintiff") and Defendant CARNIVAL CORPORATION ("Carnival"), by and through their respective undersigned counsel, hereby jointly move this Honorable Court for entry of an Amended Order Scheduling Mediation, and in support thereof, state the following:

1. The deadline to for the Parties to complete mediation in this case is May 27, 2025. [ECF No. 24]

2. Mediation is currently set for January 23, 2025, before Robert Kirk via Zoom. *See* [ECF No. 18].

3. The Defendant needs to complete the Plaintiff's deposition prior to mediation. Due to unforeseen circumstances the Parties were not able to complete the Plaintiff's deposition prior to the currently set mediation date. The Parties also agree that additional written discovery and medical records need to be obtained prior to mediation in order to have a productive mediation.

4. Accordingly, the parties agreed that this case was not ready for mediation on January 23, 2025.

5. The parties have since secured a new mediation date from **Robert Kirk** for **May 20. 2025**, at **10:00 AM** via **Zoom**. Accordingly, the parties respectfully request that this Court file an Amended Order Scheduling Mediation reflecting the same.

6. Because the deadline to complete mediation is not until May 27, 2025, granting this Motion will not impact the Court's pre-trial deadlines for this case.

7. A proposed Amended Order Scheduling Mediation is attached as **Exhibit 1**.

**WHEREFORE,** the parties respectfully request entry of an Amended Order Scheduling Mediation.

Dated: January 21, 2025

**L.R. 7.1 Certificate of Conferral**

Undersigned counsel for both parties join in this Motion and thus do not oppose the relief sought.

Respectfully submitted,

*/s/ Carol Finklehoffe*
Carol L. Finklehoffe
Fla. Bar No. 0015903
cfinklehoffe@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce de Leon Blvd.
Suite 1480
Coral Gables, FL 33134
Tel: (305) 373-3016

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Michael J. Drahos*
Michael J. Drahos, Esq
michael.drahos@gray-robinson.com
GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

*Counsel for Carnival*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2025, a true and correct copy of the foregoing was furnished via E-mail to the named parties on the Service List.

By: */s/ Carol Finklehoffe*
Carol L. Finklehoffe
Fla. Bar No. 0015903
cfinklehoffe@lipcon.com

**SERVICE LIST**
***Thompson v. Carnival Corporation***
Case no.: 1:24-cv-21515-CMA

| | |
|---|---|
| Carol L. Finklehoffe<br>Fla. Bar No. 0015903<br>cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES<br>& WINKLEMAN, P.A.<br>2800 Ponce de Leon Blvd.<br>Suite 1480<br>Coral Gables, FL 33134<br>Tel: (305) 373-3016<br><br>*Counsel for Plaintiff* | Michael J. Drahos, Esq<br>michael.drahos@gray-robinson.com<br>GrayRobinson, P.A.<br>515 North Flagler Drive, Ste. 650<br>West Palm Beach, Florida 33401<br>Tel: (561) 268-5727<br>Fax: (561) 268-5747<br><br>*Counsel for Carnival* |