UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21515-CMA

BRAD THOMPSON,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
______________________________/

**[PROPOSED]**

**ORDER RESCHEDULING MEDIATION**

On January ____, 2025, the parties filed a Joint Motion to Reschedule Mediation [ECF No. 25] (the "Motion"). Having considered the matter, the Court **ORDERS and ADJUDGES** that the Motion is **GRANTED**. Accordingly, mediation in this case will occur before Robert Kirk on May 20, 2025, at 10:00 AM via videoconference. The parties are ordered to file a joint mediation report within seven days of the conclusion of mediation.

**DONE AND ORDERED** in Miami, Florida this __ day of January 2025.

______________________________
**HON. CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**