**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-21515-CIV-ALTONAGA**

**BRAD THOMPSON**,

Plaintiff,

v.

**CARNIVAL CORPORATION**,

Defendant.
______________________________/

**ORDER**

THIS CAUSE came before the Court on the parties' Joint Motion to Reschedule Mediation [ECF No. 25]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The mediation will occur before Robert Kirk on May 20, 2025, at 10:00 AM via videoconference. The parties are reminded that a report of the mediation conference must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 21st day of January, 2025.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record